```
                    UNITED STATES DISTRICT COURT
                           District of Maine
```

```
GARY MAGUR, et al.,              )
           Plaintiffs            )
                                 )
v.                               )
                                 )    Civil No. 05-175-P-S
MAREK A. KWASNIK, et al.,        )
                                 )
           Defendants            )
                                 )
                                 )
```

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

    The United States Magistrate Judge filed with the Court on September 19, 2005, her Recommended Decision (Docket No. 2). Defendants filed their Objection to the Recommended Decision (Docket No. 3) on September 29, 2005.

    I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED.

2. It is determined that there is no subject matter jurisdiction in this matter and therefore it is ORDERED that this matter is REMANDED sua sponte.

                                                /s/ George Z. Singal
                                                Chief U.S. District Judge

Dated this 18th day of October, 2005.